# Order

**Lansing, Michigan**

July 24, 2012

144794 & (19)(22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT LAWRENCE KIRBY,
        Defendant-Appellant.

SC: 144794
COA: 307075
Wayne CC: 10-004084-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

h0716